UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 11-5543-MWF(SSx)**                            Dated: **April 20, 2012**

Title:      Desmond Carter -*v*- County of Los Angeles, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                            None Present
    Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                            None Present

PROCEEDINGS (IN CHAMBERS):  TRANSFER OF CASE TO JUDGE FITZGERALD

    This action has been reassigned to the HONORABLE MICHAEL W. FITZGERALD, United States District Judge. The magistrate judge's assignment remains the same.

    Please substitute the initials MWF in place of the initials JHN. The case number will now read: CV 11-5543-MWF(SSx). As documents are routed using the judge's initials, it is important to use the correct initials on all subsequent filings. Judge Fitzgerald's Courtroom Deputy Clerk, Rita Sanchez, can be reached at (213) 894-1527 or at rita_sanchez@cacd.uscourts.gov.

    Judge Fitzgerald is located in Courtroom 1600, on the 16th Floor of the United States Courthouse at 312 N. Spring Street, Los Angeles. Additional information about Judge Fitzgerald's procedures and schedule can be found on the court's website at www.cacd.uscourts.gov.

    All hearing dates will remain as set.

                                                                            Initials of Deputy Clerk   rs